IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT | ) | |
| FUNDS OF ILLINOIS, *et al.*, | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | NO. 09 C 2409 |
| vs. | ) | |
| | ) | JUDGE JOAN H. LEFKOW |
| MACDONALD CONSTRUCTION | ) | |
| SERVICES, INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 23, 2009, request this Court enter judgment against Defendant, MACDONALD CONSTRUCTION SERVICES, INC. In support of that Motion, Plaintiffs state:

1. On June 23, 2009, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records for the time period July 1, 2007 forward. The Court also entered an order that judgment would be entered after the completion of the audit.

2. As of the date of filing the instant motion, Defendant has failed to comply with the Court's Order entered on June 23, 2009 requiring an audit of Defendant's payroll books and records for the time period July 1, 2007 forward.

3. Plaintiff Funds have reviewed monthly fringe benefit contribution reports submitted to the Chicago Funds for the months of November 2008 through March 2009. Based upon those

reports, there is $39,169.98 due Plaintiff Funds for contributions for the stated time period. (See Affidavit of Deborah L. French).

4. Additionally, the amount of $3,917.00 is due for liquidated damages. (French Aff. Par. 5). After application of partial payments totaling $29,084.90, there remains $14,002.08 due for the time period November 2008 through March 2009. (French Aff. Par. 4(c)).

5. Defendant has had an employee covered by the collective bargaining agreement during the month of February 2009, and that this employee has submitted check stubs showing the number of hours worked by him for the Defendant. Based upon these check stubs, it has been determined that $363.35 is due for contributions and $36.34 is due for liquidated damages, for a total of $399.69. (French Aff. Par. 4(d)).

6. Defendant has by its failure to submit monthly contribution reports for the months of April 2009 through August 2009, concealed the number of hours for which contributions are due. Based upon a review of the Defendant's reporting history, a reasonable estimate of the concealed contributions is $44,783.37 and $4,478.34 for liquidated damages, for a total of $49,261.71, due for the aforesaid months. (French Aff. Par. 4(e)).

7. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of one and one-half (1.5%) percent of the total contributions untimely received, compounded monthly at one and one-half (1.5%) percent, for the period accrued through July 31, 2009, in the total amount of $180.47. (French Aff. Par. 5).

8. In addition, Plaintiffs' firm has expended the amount of $1,796.25 in attorneys' fees and $520.00 for costs, for a total of $2,316.25. (See Affidavit of Catherine M. Chapman).

9. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $66,160.20.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $66,160.20.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\#21722\motion-judgment.pnr.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of September 2009:

                      Mr. Thomas Vaclavek, Jr., Registered Agent
                      MacDonald Construction Services, Inc.
                      8600 US Highway 14, Suite 201
                      Crystal Lake, IL   60012

                      Mr. Edward Mac Donald, President
                      MacDonald Construction Services, Inc.
                      308 Oakleaf Road
                      Lake in the Hills, IL   60156-1237

                      Ms. Susan MacDonald, Secretary
                      MacDonald Construction Services, Inc.
                      308 Oakleaf Road
                      Lake in the Hills, IL   60156-1237


                                         /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\#21722\motion-judgment.pnr.df.wpd